| | |
|---|---|
| MARY A. NELSON ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>PAUL J. ENJALRAN et al.,<br><br>Defendants. | No. 2:19-cv-01564-TLN-CKD PS<br><br><br><br>ORDER<br><br>(ECF No. 2) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Presently before the court is plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, subsequent to plaintiff filing her motion plaintiff paid the filing fee in this matter.

Because plaintiff submitted an affidavit showing that she is unable to prepay fees and costs or give security for them, despite later providing the fee, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a). Plaintiff's detailed application to proceed in forma pauperis establishes that plaintiff would struggle to pay for litigation costs and still provide for basic household necessities.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED; and

2. The Clerk of Court is directed to refund plaintiff the $400 she previously paid.

Dated: November 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.rogers.1564