# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. NELSON ROGERS, | CASE NO: 2:19-cv-01564-TLN-CKD PS |
| Plaintiff, | **ORDER ON DEFENDANTS DONNA ALLRED AND KATHY KNIGHT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| PAUL J. ENJALRAN et al., | |
| Defendants. | |

GOOD CAUSE having been shown, Defendants DONNA ALLRED and KATHY KNIGHT's request for an extension of time to file a responsive pleading to Plaintiff's Complaint (ECF No. 1) is HEREBY GRANTED.

Defendants DONNA ALLRED AND KATHY KNIGHT shall file a response to Plaintiff's Complaint by January 3, 2020.

**IT IS SO ORDERED.**

///

Dated: December 4, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.1564