1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARY A. NELSON ROGERS,                    No. 2:19-cv-01564-TLN-CKD PS

12              Plaintiff,

13         v.                                   ORDER

14    PAUL J. ENJALRAN, et al.,                 (ECF No. 20)

15              Defendants.

16

17         On January 22, 2020, the court held a hearing on defendant Paul Enjalran's motion to

18    dismiss. (ECF No. 20.) Plaintiff appeared pro se, and attorney James Petrila appeared on behalf

19    of defendant Enjalran. In the time between defendant filing his motion to dismiss and the hearing

20    plaintiff requested leave to file a Second Amended Complaint, which the court granted. (ECF

21    Nos. 21, 22.) Defendant informed the court that while the Second Amended Complaint does not

22    affect his legal analysis, he foresees filing similar motions for newly-added defendants.

23    Therefore, the court DENIES defendant's current motion as moot.

24    ////

25    ////

26    ////

27    ////

28    ////

                                                 1

Accordingly, it is HEREBY ORDERED that:

1. Defendant Enjalran's motion to dismiss (ECF No. 20) is DENIED as moot.

2. Defendant Enjalran will have 21 days from the date of this order to file a responsive pleading to plaintiff's Second Amended Complaint.

Dated: January 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16. roge. 1564