UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. NELSON ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL J. ENJALRAN et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01564-TLN-CKD<br><br>ORDER |

    Mary A. Nelson Rogers ("Plaintiff"), and individual proceeding *pro se*, brings this civil complaint pursuant to: 26 U.S.C. § 7433; 12 U.S.C. §§ 3401–04; 15 U.S.C. §§ 1692d–f; 18 U.S.C. § 1702; 26 U.S.C. §§ 6103, 7431; 28 U.S.C. § 1346; and 31 U.S.C. § 1304.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 18, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 43.)  No objections were filed.

///

///

///

1     Accordingly, the Court presumes that any findings of fact are correct. *See Orand v.*
2  *United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
3  reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.
4  1983); *see also* 28 U.S.C. § 636(b)(1).

5     Having reviewed the file under the applicable legal standards, the Court finds the Findings
6  and Recommendations to be supported by the record and by the magistrate judge's analysis.

7     On the same day the Findings and Recommendations were filed, Plaintiff filed a Motion
8  to Amend.  (ECF No. 44.)  This motion does not address any of the deficiencies outlined in the
9  Findings and Recommendations and indeed, while labeled a "Motion to Amend," it appears to be
10 an additional opposition to the motions to dismiss addressed in the Findings and
11 Recommendations and by the present Order.  As such, the Motion to Amend is DENIED.

12    Accordingly, IT IS ORDERED that:

13    1.  The Proposed Findings and Recommendations filed March 18, 2020 (ECF No. 43), are
14 ADOPTED in full.

15    2. Defendants' motions to dismiss (ECF Nos. 25, 28, 29, 30) are GRANTED.

16    3. Plaintiff's complaint is DISMISSED against the United States, but with leave to
17        amend.

18    4. Plaintiff's complaint is DISMISSED against the remaining named defendants without
19        leave to amend and with prejudice.

20    5. Plaintiff's previously filed Motion to Amend the Second Amended Complaint (ECF
21        No. 33) is DENIED and the Third Amended Complaint (ECF No. 34) is therefore
22        STRICKEN.

23    6. Additionally, Plaintiff's Motion to Amend (ECF No. 44) is DENIED.

24    7. The Fourth Amended Complaint is STRICKEN as improper.

25    8. The remaining pending motions (ECF Nos. 50, 51, 52, and 53) are DENIED as moot.

26    6.  Within 21 days of this order Plaintiff may file an amended complaint against the
27        United States addressing the deficiencies outlined in the Findings and Recommendations.
28        For clarity, this complaint shall be captioned "Fifth Amended Complaint" and the

amendments are limited to those outlined by the Findings and Recommendations (ECF No. 43).  Should Plaintiff want to further amend her complaint, she must file a properly noticed motion to amend.

IT IS SO ORDERED.

DATED: June 15, 2020

                                    Troy L. Nunley
                                    United States District Judge