UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. NELSON ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No.  2:19-cv-01564-TLN-CKD<br><br>**ORDER** |

    Plaintiff Mary A. Nelson Rogers ("Plaintiff"), proceeding *pro se*, brings this civil action alleging that IRS agents unlawfully inspected her taxpayer information in violation of multiple federal statutes.  The  matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 21, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 68.)  On October 5, 2020, Plaintiff filed Objections to the Findings and Recommendations.  (ECF No. 69.)

    The Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see*

1  *also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed
2  findings of fact to which no objection has been made, the Court assumes its correctness and
3  decides the motions on the applicable law.  *See Orand v. United States*, 602 F.2d 207, 208 (9th
4  Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi*
5  *Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

6      Having carefully reviewed the entire file under the applicable legal standards, the Court
7  finds the Findings and Recommendations to be supported by the record and by the magistrate
8  judge's analysis.

9      Accordingly, IT IS HEREBY ORDERED that:

10      1. The Findings and Recommendations filed September 21, 2020 (ECF No. 68), are
11  adopted in full;

12      2. Defendant's Motion to Dismiss (ECF No. 64) is GRANTED;

13      3. Plaintiff's Fifth Amended Complaint (ECF No. 62) is DISMISSED without leave to
14  amend; and

15      4. The Clerk of the Court is directed to close this case.

16      IT IS SO ORDERED.

17  DATED:  November 6, 2020

                                        Troy L. Nunley
                                        United States District Judge